FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>HENRY QUINTANILLA and<br>VONTE LARSIRIA WEAVER,<br>　　　　　Defendants. | NO. CR 19-775-FMO-2<br><br>ORDER OF DETENTION AFTER HEARING<br><br>(18 U.S.C. § 3143(a): Detention of a Defendant Pending Sentence or Appeal) |

I.

The Court having conducted a hearing on the alleged violation of conditions of release pending sentencing,

II.

The Court finds there is:

　　1. Clear and convincing evidence that Vonte Larsiria Weaver ("Defendant"), has violated conditions of release; and

1

2. Defendant is unlikely to abide by any condition or combination of conditions of release.

III.

A. IT IS ORDERED that Defendant be detained prior to sentencing.

B. IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that Defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: September 30, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE